# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **RAMAZAN JAFF and CHONG JAFF DBA LONG POINT PLAZA** | § § § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Civil Action No. 4:21-cv-02008 |
| **NAUTILUS INSURANCE COMPANY, BRYANT WILCOX, CRC INSURANCE SERVICES, INC. – SCU – DALLAS, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., AND PATRICK EMBRY** | § § § § § § § § | |
| *Defendants.* | § | |

## RAMAZAN JAFF AND CHONG JAFF DBA LONG POINT PLAZA'S CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Plaintiffs, **Ramazan Jaff and Chong Jaff**, **DBA Long Point Plaza ("Long Point")**, file this Certificate of Interested Parties that contains a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the pleadings to be financially interested in the outcome of the case.

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if non, state "None"):

    **None at this time.**

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

    1. **Plaintiffs: Ramazan Jaff and Chong Jaff dba Long Point Plaza**
    2. **Defendant: Nautilus Insurance Company**

| | | |
|---|---|---|
| 3. | **Defendant:** | **Sedgwick Claims Management Services, Inc. (liability has been accepted by Nautilus)** |
| 4. | **Plaintiffs' Counsel:** | **René M. Sigman; Merlin Law Group, P.A.** |
| 5. | **Defendant's Counsel:** | **George H. Arnold and Raymond M. Kutch** <br> **Thompson, Coe, Cousins & Irons, LLP** <br> **Attorneys for Nautilus Insurance Company** <br><br> **Bruce R. Wilkin and Savannah H. Benac** <br> **Shackelford, Bowen, McKinley & Norton, LLP** <br> **Attorney for Sedgwick Claims Management Services, Inc. and Patrick Embry** |

If new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, Plaintiff will file an amended certificate.

Respectfully submitted,

**MERLIN LAW GROUP, P.A.**

BY: */s/ René M. Sigman*
**\*René M. Sigman, Esq.**
State Bar Number: 24037492
Federal Bar Number. 900984
rmsdocket@merlinlawgroup.com
515 Post Oak Blvd, Suite 510
Houston, Texas 77027
(713) 626-8880 (Office)
(713) 626-8881 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**
**\*ATTORNEY IN CHARGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2021, a true and correct copy of the foregoing was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure and any applicable Local Rules, as follows:

      George H. Arnold
      Raymond M. Kutch
      THOMPSON, COE, COUSINS & IRONS, LLP
      One Riverway, Suite 1400
      Houston, Texas 77056
      garnold@thompsoncoe.com
      rkutch@thompsoncoe.com

      Bruce R. Wilkin
      Savannah H. Benac
      SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
      717 Texas Avenue, 27th Floor
      Houston, Texas 77002
      bwilkin@shackelford.law
      sbenac@shackelford.law

      */s/ Rene M. Sigman*
      Rene M. Sigman, Esq.