**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RAMAZAN JAFF and CHONG JAFF d/b/a** | § | |
| **LONG POINT PLAZA,** | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 4:21-CV-02008** |
| | § | **JURY** |
| **NAUTILUS INSURANCE COMPANY,** | § | |
| **BRYANT WILCOX, CRC INSURANCE** | § | |
| **SERVICES - SCU - DALLAS, SEDGWICK** | § | |
| **CLAIMS MANAGEMENT SERVICES,** | § | |
| **INC., PATRICK EMBRY,** | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANT NAUTILUS INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Nautilus Insurance Company files this Certificate of Interested Parties listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

1. Ramazan Jaff and Chong Jaff d/b/a Long Point Plaza
   *Plaintiffs*

2. Rene M. Sigman
   State Bar No. 24037492
   rmsdocket@merlinlawgroup.com
   MERLIN LAW GROUP, PA
   515 Post Oak Blvd., Ste. 510
   Houston, TX  77027
   Telephone:  (713) 626-8880
   Facsimile :  (713) 626-8881
   *Counsel for Plaintiff*

1

3.      Nautilus Insurance Company
        *Defendant*

        Nautilus Insurance Company is located in Scottsdale, Arizona. Nautilus Insurance Company is a wholly-owned subsidiary of Admiral Insurance Company. Admiral Insurance Company is a wholly-owned subsidiary of Berkley Insurance Company. Berkley Insurance Company is a wholly-owned subsidiary of W.R. Berkley Corporation. W.R. Berkley Corporation is a publicly traded company.

4.      George H. Arnold, *Attorney-in-Charge*
        State Bar No. 00783559
        garnold@thompsoncoe.com
        Raymond M. Kutch
        State Bar No. 24072195
        rkutch@thompsoncoe.com
        THOMPSON, COE, COUSINS & IRONS, LLP
        One Riverway, Ste. 1400
        Houston, TX  77056
        Telephone:  (713) 403-8210
        Facsimile:  (713) 403-8299
        *Counsel for Defendant Nautilus Insurance Company*

5.      Sedgwick Claims Management, Inc. – Defendant

6.      Patrick Embry – Defendant

7.      Bruce R. Wilkin, *Attorney in Charge*
        State Bar No. 24053549
        bwilkin@shackelford.law
        Savannah H. Benac
        State Bar No. 24110017
        sbenac@shackelford.law
        SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP
        717 Texas Ave., 27th Fl.
        Houston, TX  77002
        Telephone:  (832) 415-1801
        Facsimile:  (832) 565-9030
        *Counsel for Defendants Sedgwick Claims Management, Inc. and Patrick Embry*

8.      Bryant Wilcox – Defendant

9.      American First National Bank
        9999 Bellaire Blvd.
        Houston, Texas 77036
        *Plaintiffs' lienholder*

10.     James Howard
        Claim Resolved
        20085 Pine Island Road
        Hempstead, Texas 77445
        *Plaintiffs' public adjuster*

In accordance with this Court's Order, if new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel shall promptly file an amended certificate with the clerk.

Respectfully submitted,

By: */s/ George H. Arnold*

**George H. Arnold**
State Bar No. 00783559
garnold@thompsoncoe.com
**Raymond M. Kutch**
State Bar No. 24072195
rkutch@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

**Attorneys for Defendant**
**NAUTILUS INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 9th day of July 2021, a true and correct copy of the foregoing was delivered to the following counsel in accordance with the Federal Rules of Civil Procedure.

René M. Sigman
MERLIN LAW GROUP, PA
515 Post Oak Blvd. Ste. 510
Houston, Texas 77027
rmsdocket@merlinlawgroup.com
*Attorney for Plaintiffs*

Bruce R. Wilkin
Savannah H. Benac
SHACKELFORD, BOWEN, MCKINLEY &
  NORTON, LLP
717 Texas Ave., 27th Fl.
Houston, TX  77002
bwilkin@shackelford.law
sbenac@shackelford.law
*Attorneys for Defendants*
*Sedgwick Claims Management Services, Inc.*
*and Patrick Embry*

*/s/ George Arnold*
George Arnold