IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAMAZAN JAFF and CHONG JAFF d/b/a LONG POINT PLAZA,<br><br>*Plaintiffs*,<br><br>v.<br><br>NAUTILUS INSURANCE COMPANY, BRYANT WILCOX, SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., and PATRICK EMBRY,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:21-CV-02008<br>JURY |

**DEFENDANTS SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AND PATRICK EMBRY'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and the Court's Order of Conference (Dkt. 4), Defendants Sedgwick Claims Management Services, Inc. ("Sedgwick") and Patrick Embry serve this Certificate of Interested Parties, and provide as follows:

**A.      Fed. R. Civ. P. 7.1 Disclosure Statement**

Sedgwick is a private corporation owned by Sedgwick Holdings, Inc. and Lightning Cayman Merger Sub, Ltd. ("the Entities"). The Entities ultimate parent company is Sedgwick, L.P. Sedgwick, L.P.'s ultimate majority shareholder is The Carlyle Group ("Carlyle"). Stone Point Capital, Onex Corporation, La Caisse de dépôt et placement du Québec (CDPQ) and certain management investors are minority shareholders. Carlyle is a New York investment firm that is publicly traded on the New York Stock Exchange under the symbol CG. Onex Corporation is publicly traded on Toronto Stock Exchange under the symbol ONEX.

1

B.  **Financially Interested Parties**

The following persons, associations of person, firms, partnerships, corporations, affiliates, parent corporations, and other entities are financially interested in the outcome of this litigation:

1. Ramazan Jaff, as plaintiff.

2. Chong Jaff, as plaintiff.

3. Merlin Law Group, P.A., as plaintiff's counsel.

4. Nautilus Insurance Company, as defendant.

5. Bryant Wilcox, as defendant.

6. Sedgwick Claims Management Services, Inc. ("Sedgwick"), as defendant. *See* Sedgwick's Fed. R. Civ. P. 7.1 Disclosure Statement above for a complete summary of its affiliated and/or parent corporations that are publicly traded.

7. Patrick Embry, as defendant.

Sedgwick and Patrick Embry are not aware of any other entities that are financially interested in the outcome of this litigation.

*[signature block on the following page]*

2

Respectfully submitted,

SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP

By: */s/ Bruce R. Wilkin*
    **Bruce R. Wilkin**
    Texas Bar No. 24053549
    bwilkin@shackelford.law
    **Savannah H. Benac**
    Texas Bar No. 24110017
    sbenac@shackelford.law
    717 Texas Avenue, 27th Floor
    Houston, Texas 77002
    Phone: (832) 415-1801
    Fax: (832) 565-9030

ATTORNEYS FOR DEFENDANTS SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. AND PATRICK EMBRY

## CERTIFICATE OF SERVICE

    I hereby certify that, on July 9, 2021, a true and correct copy of the foregoing was served on all counsel of record in this lawsuit, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

| | |
|---|---|
| René M. Sigman<br>Merlin Law Group, P.A.<br>515 Post Oak Blvd., Suite 510<br>Houston, TX 77027<br>rmsdocket@merlinlawgroup.com | *Via electronic service* |

                        */s/ Bruce R. Wilkin*
                          Bruce R. Wilkin